# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

_____ Division

In re

                Debtor(s)           CaseNo.

                                 Chapter    13

## ORDER OF DISMISSAL
## FOR FAILURE TO TIMELY FILE AND DISTRIBUTE CHAPTER 13 PLAN

     The above debtor(s) having failed to timely file a Chapter 13 plan in the form approved by the Court for use in the Eastern District of Virginia, which includes the debtor's proof of service evidencing distribution of the plan, within the time periods as set forth in Local Bankruptcy Rule 3015-2; it is, therefore

     **ORDERED**, pursuant to Local Bankruptcy Rule 3015-2, that the above case be dismissed; and it is further

     *[If appropriate]*     **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ _____ to the Clerk of Court within 14 days of the date of this order; and it is further

     **ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

                                   WILLIAM C. REDDEN
                                   Clerk of Court

Date: _____     By _____
                                                                 Deputy Clerk

                                   NOTICE OF JUDGMENT OR ORDER
                                   ENTERED ON DOCKET:

                                   _____